The People of the State of New York ex rel. Charles A. Dingle, Appellant, v James T. Conway, Superintendent, Attica Correctional Facility, Respondent.

Submitted August 3, 2009; decided September 22, 2009

Reported below, 60 AD3d 1440.

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 714 (2009)].

John V. Ribis, Appellant, v East Irondequoit Central School District et al., Respondents.

Decided September 22, 2009

Reported below, 61 AD3d 1386.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Seneca Pipe & Paving Co., Inc., Appellant, v South Seneca Central School District et al., Respondents, et al., Defendant. (And Two Other Actions.)

Submitted July 27, 2009; decided September 22, 2009

Reported below, 63 AD3d 1556, 1558.

Motion, insofar as it seeks leave to appeal from the Appellate Division order in the action bearing index Number 34140, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.